IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ELSA N HERRANS SANDOVAL

Bkrtcy. No. 11-06262-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jul 22, 2011 | Meeting Date: Sep 07, 2011 | DC Track No. 5 |
| Days from petition date: 47 | Meeting Time: 9:00 AM | |
| 910 Days before Petition: 1/23/2009 | ☐ Chapter 13 Plan Date Jul 22, 2011 Dkt.#2 | ☐ Amended. |
| This is debtor(s) [X] Bankruptcy petition. | Plan Base: $45,000.00 | |
| This is the [X] Scheduled Meeting | Confirmation Hearing Date: Oct 12, 2011 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $750.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference
- [X] Debtor Present — Elsa Barroso / Power holder
- [X] ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were [X] Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) [X] Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

[X] Creditor(s) present: ☐ None.
Gutierrez BPPR

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00 | Paid Pre-Petition: $305.00 | Outstanding: $2,695.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) [X] Under ☐ Above Median Income. Liquidation Value: TBD $37,208.00
- Commitment Period is [X] 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- 51.49% The Trustee ☐ RECOMMENDS [X] OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED [X] HELD OPEN FOR 15 DAYS
- §341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:** $51,000.00
(1) [X] FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 [X] Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308] 2007-2010 PR
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Trustee to verify the value of the property listed in Sch. A.
(2) Schedule B fails to include a vehicle Toyota Corolla (2005-2006)
(3) Debtor alleges that she can't comply with plan payments and that family help will be

/s/ José R. Carrión
Trustee — Presiding Officer

Page 1 of 2 Date: Sep 07, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

needed.

Account Receivable might be received $5,000.00 (insurance).

"Usufructo yield has not been taken into consideration") Trustee to verify liquidation value.

Debtor (rs - Sprux deceased 5 heirs.

Trustee / Presiding Officer    Page 2 of 2    Date: Sept. 7, 2011